UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS K. VIEIRA,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

Case No. 18-cv-05431-VC

**ORDER GRANTING CITY OF ANTIOCH'S MOTION TO DIMISS**

Re: Dkt. No. 45

The City of Antioch's motion to dismiss is granted because Vieira's section 1983 claim against the City is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). In his Second Amended Complaint, Vieira claims that the City's Fourth Amendment and Fourteenth Amendment violations "forced [him] to plead no contest to criminal charges that he otherwise would not have pled to . . . ." Second Amended Complaint ¶ 44, Dkt. No. 43. In other words, Vieira argues that the City's constitutional violations coerced him into entering a no-contest plea. A judgment in favor of Vieira on these claims would "necessarily imply the invalidity of his conviction." *Heck*, 512 U.S. at 487; *see also Szajer v. City of Los Angeles*, 632 F.3d 607, 612 (9th Cir. 2011); *Nuno v. County of San Bernardino*, 58 F. Supp. 2d 1127, 1132 (C.D. Cal. 1999). And, to the extent Viera contends he was arrested without probable cause, he couldn't pursue such a claim without invalidating the conviction that gave rise to those arrests. Although it seems highly unlikely that Viera will be able to cure this defect, in an abundance of caution, he will be granted

leave to amend one more time. Vieira has 21 days from this order to file an amended complaint.

**IT IS SO ORDERED.**

Dated: July 9, 2019

_____
VINCE CHHABRIA
United States District Judge