UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS K. VIEIRA,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH ZALEC,<br><br>   Defendant. | Case No. 18-cv-05431-VC<br><br>**COURT'S FINAL VERDICT FORM** |

  After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know you have reached a verdict, without saying what that verdict is. The presiding juror should keep the form and bring it into the courtroom so that the judge may announce the verdict.

Incident 1

Did Vieira prove by a preponderance of the evidence that Zalec committed a battery by causing his truck to hit Vieira's body?

    Yes: \_\_\_\_    No: \_\_\_\_

If you answered "no" to the above question, please do not answer any more questions on this page and skip directly to Incident 2. If you answered "yes," please answer the remaining questions on this page.

If Vieira proved that Zalec committed a battery during Incident 1, what amount of damages, if any, do you award to Vieira?

    _____

If Vieira proved that Zalec committed a battery during Incident 1, did Vieira prove by clear and convincing evidence that Zalec acted with malice or oppression?

    Yes: \_\_\_\_    No: \_\_\_\_

Incident 2

Did Vieira prove by a preponderance of the evidence that Zalec committed a battery by causing his truck to collide with Vieira's truck?

Yes: \_\_\_\_    No: \_\_\_\_

If you answered "no" to the above question, please do not answer any more questions on this page and skip directly to Incident 3. If you answered "yes," please answer the remaining questions on this page.

If Vieira proved that Zalec committed a battery during Incident 2, what amount of damages, if any, do you award to Vieira?

_____

If Vieira proved that Zalec committed a battery during Incident 2, did Vieira prove by clear and convincing evidence that Zalec acted with malice or oppression?

Yes: \_\_\_\_    No: \_\_\_\_

3

Incident 3

Is Zalec liable to Vieira for battery based on the shooting incident? (Recall that Zalec is liable only if: (i) Vieira proved by a preponderance of the evidence that Zalec committed a battery; and (ii) Zalec failed to prove by a preponderance of the evidence that he acted in self-defense.)

    Yes: \_\_\_\_    No: \_\_\_\_

If you answered "no" to the above question, please sign and date the verdict form and inform the Courtroom Deputy that you have reached a verdict (without telling her what it is). If you answered "yes," please answer the remaining questions on this page.

If you concluded that Zalec is liable for battery based on Incident 3, what amount of damages, if any, do you award to Vieira?

    Emotional distress/pain and suffering: _____

    Lost wages/future earning capacity:    _____

    Nominal damages:    _____

If Zalec is liable for battery based on Incident 3, did Vieira prove by clear and convincing evidence that Zalec acted with malice or oppression?

    Yes: \_\_\_\_    No: \_\_\_\_

**IT IS SO ORDERED.**

Dated:

    _____
    FOREPERSON