UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS K. VIEIRA,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | Case No. 18-cv-05431-VC<br><br>**JUDGMENT** |

      Judgment is entered for the County of Sacramento in accordance with the order granting its motion for summary judgment. *See* Dkt. No. 94. Judgment is entered for Joseph Zalec in accordance with the order granting in part his motion for summary judgment, Dkt. No. 94, and with the jury verdict in his favor on the remaining counts, Dkt. No. 140.

      **IT IS SO ORDERED.**

Dated: March 4, 2020

                                              VINCE CHHABRIA<br>
                                              United States District Judge